No. 80–5. McCarty v. McCarty. Ct. App. Cal., 1st App. Dist. [Probable jurisdiction postponed, *ante*, p. 917.] Motion of National Organization for Women Legal Defense and Education Fund et al. for leave to file a brief as *amici curiae* granted.

No. 80–332. Rhodes, Governor of Ohio, et al. v. Chapman et al. C. A. 6th Cir. [Certiorari granted, *ante*, p. 951.] Motion of American Medical Association et al. for leave to file a brief as *amici curiae* granted.

No. 80–495. Lester et ux. v. Anderson, Executrix. Ct. App. La., 3d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 80–5303. Beltran v. Myers, Director, California State Department of Health, et al. C. A. 9th Cir. [Certiorari granted, *ante*, p. 951.] Motion of petitioner for summary reversal and remand in part, and for vacation and remand in part due to intervening legislation, denied.

No. 80–5981. In re Wood. Petition for writ of habeas corpus denied.

No. 80–5820. In re McDonald;
No. 80–5839. In re McCallum; and
No. 80–5847. In re Huskey. Petitions for writs of mandamus denied.

No. 80–850. Jones, Warden v. Helms. Appeal from C. A. 5th Cir. Motion of appellee for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. ▮

No. 80–901. Marshall, Secretary of Labor v. Dewey et al. Appeal from D. C. E. D. Wis. Probable jurisdiction noted.